

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LAQUINTA LASHUN NICKERSON, | § | No. 08-22-00018-CR |
| Appellant, | § | Appeal from the |
| v. | § | 21st District Court |
| THE STATE OF TEXAS, | § | of Burleson County, Texas |
| State. | § | (TC# 14,962) |
| | § | |

## **O R D E R**

The Court GRANTS Appellant's Pro Se Motion for Access to the Appellate Record. Therefore, this Court is hereby providing a hard copy of the appellate record, which consists of 1 volume of the Clerk's Record and 4 volumes of the Reporter's Record, via U. S. mail, to the Warden of Waller County Jail, 300 R. Glenn Smith Drives, Hempstead, TX 77445, for use by the Appellant Laquinta Lashun Nickerson, (#033130). The Warden or designated custodian of records shall make this record available to the appellant for purposes of preparing his appellate brief. Appellant's Pro Se brief shall be due in this office on or before May 26, 2022. The hard copy of this record does not need to be returned to this Court. Further, please note that copies of the exhibits are not provided and only a copy of the Index (Volume 5 of 5) has been provided.

IT IS SO ORDERED this 11th day of April, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.